**Order filed, January 28, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00942-CV

_____

### ALOYSIUS HOANG AKA HOANG DUY HUNG, Appellant

### V.

### THINH DAT NGUYEN, INDIVIDUAL;  THOI BAO HOUSTON AND THOI BAO, Appellee

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2014-59665**

## ORDER

The reporter's record in this case was due **January 20, 2015**. _See_ Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Karen DeShetler**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM